IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SILVIA A. WIMBLEY, | : |
| Plaintiff, | : |
| vs. | : |
| JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security, | :<br>:<br>: |
| Defendant. | : |

CIVIL ACTION 04-0236-M

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Silvia A. Wimbley.

DONE this 4th day of May, 2005.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE